UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER G. SANDERS** <br> **LA. DOC #510422** | **CIVIL ACTION NO. 15-1220** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOEL WEATHERLY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## RULING

On April 17, 2015, Plaintiff Christopher G. Sanders, acting *pro se*, brought this action pursuant to 42 U.S.C. §1983. On September 28, 2015, Magistrate Judge Karen L. Hayes issued a report recommending that Plaintiff's action be dismissed for failure to prosecute because he did not comply with her May 27, 2015 Order [Doc. No. 10] to amend his Complaint.

On the same day, September 28, 2015, the Clerk of Court sent the Magistrate Judge's Report and Recommendation to Plaintiff at Richland Parish Detention Center, Plaintiff's last known place of confinement. The envelope containing the Report and Recommendation was returned to the Clerk of Court on October 6, 2015, with a notation: "RTS Not here[.]" [Doc. No. 12].

Local Rule 41.3, in pertinent part, provides:

> The failure of an attorney or pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on October 10, 2015. Plaintiff failed to advise the Court of his new address within 30 days. Accordingly, for the reasons stated in the Magistrate Judge's Report and

Recommendation and for this additional reason, Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3 for failure to prosecute.

MONROE, LOUISIANA, this 11th day of December, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE