UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER G. SANDERS**<br>   LA. DOC #510422 | **CIVIL ACTION NO. 15-1220**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOEL WEATHERLY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and for those additional reasons stated in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

MONROE, LOUISIANA, this 11th day of December, 2015.

*[signature: Robert G. James]*

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE